UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.,                    Civil Action No. 08 CV 02860

      Plaintiff,

v.

                                  Rule 7.1 Statement

GUADALUPE OTLIO ALMAZO
d/b/a ZAPOTITLAN
a/k/a THE EAST STORE,
and GUADALUPE OTLIO ALMAZO
      Defendants,
_____

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: March 17, 2008                              /s/ Paul J. Hooten_____
                                              Signature of Attorney
                                              Paul J. Hooten, Esq.
                                              Attorney Bar Code: PJH9510