UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.

        Plaintiff,                    Index # 08-CV-02860

   -against-

                                                **CERTIFICATE OF SERVICE**

GUADALUPE OTLIO ALMAZO
d/b/a ZAPOTITLAN
a/k/a THE EAST STORE
and GUADALUPE OTLIO ALMAZO
        Defendants,
_____

      I certify that I notified the defendant's of the Initial Pre-Trial Conference scheduled for April 29, 2008 at 4:30 p.m. via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on April 11, 2008:

To:    Guadalupe Otlio Almazo
         d/b/a Zapotitlan a/k/a The East Store
         118 E. 116th Street
         New York, NY 10029

         Guadalupe Otlio Almazo
         118 E. 116th Street
         New York, NY 10029


                            By:    /s/ Lucille Eichler
                                    Lucille Eichler
                                    Paul J. Hooten & Associates
                                    5505 Nesconset Highway, Suite 203
                                    Mt. Sinai, NY 11766