USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J&J SPORTS PRODUCTIONS,
       Plaintiff(s)       08 civ 2680 (JGK)

  -against-         ORDER OF DISCONTINUANCE

GUADALUPE OTILIO ALMAZA,
       Defendant(s).
------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this **28**<sup>TH</sup> day of **April**, 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                  _____
                  JOHN G. KOELTL
                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    April 28, 2008